AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Horizon Group Homes, LLC__
was received by me on *(date)* __December 14, 2021__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I served the summons at the individual's residence or usual place of abode upon _____, a person of suitable age and discretion, who resides with them at _____ on *(date)* _____, or

☒ I served the summons on *(name of individual)* __Stephen Foster__, who is authorized by law to accept service of process on behalf of at *(name of organization)* __Horizon Group Homes, LLC__ at __16994 W Rio Vista Lane, Goodyear, AZ 85338__ on *(date)* __December 19, 2021 at 5:04pm__; or

☐ I returned the summons unexecuted because _____

☐ Other *(specify)*:

My fees are $ __23.00__ for travel and $ __45.45__ for services, for a total of $ __68.45__.

I declare under penalty of perjury that this information is true.

Date: __December 19, 2021__

*Server's signature*

Mark Hepp (#7803)/ LegalServe
*Printed name and title*

1040 W. Juanita Avenue, Gilbert, AZ 85233
*Server's address*

Additional information regarding service, etc:

Documents served along with SUMMONS are: CIVIL COVER SHEET; VERIFIED COMPLAINT; NOTICE, CONSENT, AND ORDER OF REFERENCE-EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; PRELIMINARY ORDER.