Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
**ZOLDAN LAW GROUP, PLLC**
5050 N.40th St., Suite 260
Phoenix, AZ 85018
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Janna Harris**, an Arizona resident;<br><br>    Plaintiff,<br><br>  v.<br><br>**Horizon Group Homes, LLC**, an Arizona company; **Stephen Foster,** an Arizona resident; and **Gabriella Foster,** an Arizona resident;<br><br>    Defendants. | Case No. 2:21-CV-02102-DWL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**(Assigned to the Hon. Dominic W. Lanza)** |

Notice is hereby given that pursuant to F.R.Civ.P. 41(a)(1)(A)(i), Plaintiff moves to dismiss the above action with prejudice.

///

///

///

///

///

///

DATED March 2, 2022.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
5050 N. 40th St., Suite 260
Phoenix, AZ 85018
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2022, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ Ashley Peschke